LOUISE R. HENDRIX ET AL. *v.* CLIFFORD R. HENDRIX

The motion by the plaintiffs, dated October 8, 1969, to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant, on or before December 8, 1969, purges himself of the finding of contempt made by that court on October 2, 1969, by paying all arrearages for the support of his two minor children.

*P. Hurley Bogardus, Jr.,* for the appellees (plaintiffs).

*Peter M. Ryan,* for the appellant (defendant).

Argued November 4—decided November 6, 1969

STATE OF CONNECTICUT *v.* JOSEPH INZITARI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*George A. Saden* and *Sturges N. Laros,* in support of the petition.

Submitted September 15—decided November 6, 1969

MARK DONAHUE *v.* EVERETT BARNES

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sidney Vogel,* in support of the petition.

Submitted October 20—decided November 6, 1969